IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br>*Plaintiff*<br><br>Vs.<br><br>Hipolito Larregui-Santiago [1]<br>*Defendant* | Criminal No. 21-393 (PAD) |

## MOTION IN COMPLIANCE

The Honorable Court:

    NOW COMES Defendant, Hipolito Larregui-Santiago, by way of the undersigned attorney who respectfully states and prays as follows:

1. On February 7, 2022 and February 17, 2022 defendant filed 2 pro se motions requesting order.

2. On February 16, 2022 AUSA Suarez filed her *Motion in Compliance with Order #41* where she included various attachments from MDC Guaynabo's medical unit that covered everything raised by Mr. Larregui in his pro se motions. See ECF No. 45.

3. All matters raised in both pro se motions were discussed in the February 18, 2022 proceedings before Magistrate Judge Morgan.

4. During the hearing the Court determined "The Court noted that MDC appears to be attempting to provide the necessary medical care to defendant but that his own actions and decisions are impeding MDC's ability." See ECF No. 48.

5. Defendant's request in the pro se motions are moot.

6. As to his desire to get married while detained, that is an administrative matter for him to resolve with the Bureau of Prisons and the strict guidelines they have in place for said request.

**WHEREFORE**, it is respectfully requested that this Honorable Court to take notice of the above and deem that we complied with the Court's Order at ECF No. 51.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date and by electronic CM/EC filing system, copy of this Notice has been sent to the U.S. Attorney's Office and all others registered to receive notification by electronic mail.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on this 11th day of March 2022.

*/S/ Miguel Oppenheimer*
Miguel Oppenheimer
USDC Bar No. 220012
P.O. Box 10522
San Juan, PR 00922-0522
Tel. 787-375-6033
miguelo@oppenheimerlaw.com